```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 51836
  TAMMY F HAMMOND
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
  SSN XXX-XX-6008


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/13/05 and confirmed on 01/11/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  29820.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| FIRST HORIZON HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 4183.66 | 161.42 | 4183.66 |
| FIA CARD SERVICES | UNSECURED | 3413.01 | .00 | 3413.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3773.69 | .00 | 3773.69 |
| FIRST NATIONAL BANK OF O | UNSECURED | 6378.26 | .00 | 6378.26 |
| MARSHALL FIELD | UNSECURED | 382.70 | .00 | 382.70 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5845.28 | .00 | 5845.28 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2001.06 | .00 | 2001.06 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 562.09 | .00 | 562.09 |
| WELLS FARGO FINANCIAL RE | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 4183.66 | .00 | 22356.09 | .00 | 26539.75 |
| PRINCIPAL PAID | 4183.66 | .00 | 22356.09 | .00 | 26539.75 |
| INTEREST PAID | 161.42 | .00 | .00 | .00 | 161.42 |
| TOTAL PAID | 4345.08 | .00 | 22356.09 | .00 | 26701.17 |

```
The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2200.00
and was paid $    306.00  direct and $   1894.00  through the plan.

The Trustee received $   1193.97 .

Refunds to the Debtor totaled $      30.86 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 04/11/08                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```